**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6602**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

NORMAN BOWERS,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:22-cr-00216-TDS-1)

Submitted:  December 20, 2024                    Decided:  January 13, 2025

Before NIEMEYER, GREGORY, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Norman Seneka Bowers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Bowers appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Bowers*, No. 1:22-cr-00216-TDS-1 (M.D.N.C. June 4, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*